**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of John H. Dorsey, Appellant.

Appellate Case No. 2016-000816

---

Appeal From Georgetown County
William H. Seals, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-423
Submitted October 1, 2017 – Filed November 8, 2017

---

**APPEAL DISMISSED**

---

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re Care & Treatment of McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004). Counsel's motion to be relieved is granted.[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and HILL, JJ., concur.**